IDA LIPSET, Appellant, v. LOUIS J. LIPSET, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

M. LOWENSTEIN & SONS, INC., Appellant, v. ISRAEL J. HULLMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

OSCAR DAHLSTROM, Appellant, v. THE CASTLE BATHS, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

S. G. BEALS & Co., Appellant, v. A. B. FRANK COMPANY; Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARY A. HOWELL, Respondent, v. FREDERICK KUHNEMUTH, Appellant.— Order denying motion to dismiss complaint, etc., affirmed, with ten dollars costs and disbursements. Bill of particulars to be served within five days from service of order. Order granting motion to vacate stay affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GIOVANNI AQUINO, INC., Respondent, v. GEORGE R. LANDEN, Doing Business under the Name of FEDERAL DISTRIBUTING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAHLON S. KEMMERER and Others, Respondents, v. CONTACT PROCESS Co., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Probate of the Last Will and Testament of DAVID B. COCKS, Deceased. EDWIN R. FREEMAN, as Executor, etc., Appellant; HENRY BRUNDAGE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SUFFOLK KNITTING MILLS v. J. HAVSY & COMPANY, INC.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

NETTIE SOBEL v. MORRIS L. MASHKOWITZ.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.